FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0226

_____

KATIE IRENE GARDING,

     Petitioner and Appellant,

  v.                        O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

     This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020